UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------x
:
ERIC VEGA, :
:
Plaintiff, :
:
-against- : Case No. 3:02CV2309 (AVC)
:
:
H.D. HOTELS, LLC d/b/a STAMFORD :
MARRIOTT HOTEL :
:
Defendant. : May 20, 2003
----------------------------------------------------------x

3:02cv2309 (AVC). March 2, 2004. This is an action for damages alleging violations of Title VII of the Civil Rights Act of 1964. The defendant, H.D. Hotels, LLC, now moves to dismiss the complaint on grounds that it was served three days beyond the 120 day window imposed by Rule 4(m) of the Federal Rules of Civil Procedure. The defendant maintains that because the plaintiff cannot show good cause for the failure to properly serve, the action must be dismissed. Although the court agrees with the defendant that the plaintiff has not shown good cause for the failure to properly serve the complaint, dismissal is inappropriate. "Even absent a showing of good cause, the court has discretion to extend the time for service." See Rule 4(m) Advisory Comm. Notes; Henderson v. United States, 517 U.S. 654, 658 n. 5 (1996). In exercising its discretion, the court considers: (1) whether the applicable statute of limitations would bar the re-filed action; (2) whether the defendant had actual notice of the claims asserted in the complaint; (3) whether the defendant had attempted to conceal the defect in service; and (4) whether the defendant would be prejudiced by the granting of plaintiff's request for relief from the provision." Charles v. New York City Police Department, No. 96Civ9757, 1999 WL 717300 (S.D.N.Y. Sept. 15, 1999). Applying these factors, the court first observes that the plaintiff has averred, and the defendant does not dispute, that a re-filed action may be barred by the statute of limitations. Further, considering the fact that the defendant had actual notice of the claims asserted herein long ago, and that an extension of time for service will not result in prejudice to the defendant, the court shall exercise its discretion to grant an extension of time for service under Rule 4(m). The motion to dismiss (document no. 4) is therefore DENIED. The plaintiff shall properly serve the defendant on or before March 12, 2004, and shall file a proper appearance of counsel as mandated by Local Rule 5(a) and 83.1.

SO ORDERED.

Alfred V. Covello, U.S.D.J.