| | |
|---|---|
| **ERIC VEGA** | CLIENT: Gotham Process Service, Inc. |
| Plaintiff(s), Petitioner(s) | INDEX NO.: 3:02 CV 2309 (AVC) |
| against | DATE OF FILING: 12/30/2003 |
| **H.D. HOTELS LLC D/B/A STAMFORD MARRIOTT HOTEL** | FILE# 99104A |
| Defendant(s), Respondent(s) | **AFFIDAVIT OF SERVICE** |

FILED 2004 MAR 31 P 55 [DISTRICT COURT]

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, William Overton being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Middlebury, CT.

Furthermore, that on **March 10, 2004 at 3:40 PM at c/o Samuel M. Hurwitz, Esquire-Registered Agent, Breener, Saltzman & Wallman, LLP-271 Whitney Ave, New Haven, CT 06511**, deponent served the **Summons In A Civil Action and Complaint** upon H.D. Hotels LLC d/b/a Stamford Marriott Hotel, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint** with **Samuel M. Hurwitz Esquire** a person who is known to be the **Registered Agent** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Black** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

William Overton, Private Process Server

Sworn to before me on March 11, 2004

Notary Public
My Commission Expires: 08/31/2004

[Notary Seal: KEITH NIZIANKIEWICZ, NOTARY PUBLIC, CONNECTICUT]