\\rhino\TrialWorks\CaseFiles\8916\Pleadings\bjf-notifeofappearance.doc

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR 31  P 5: 5c

------------------------------------------------------------X

ERIC VEGA,

                      Plaintiff,

        -against-

H.D. HOTELS, LLC, d/b/a
STAMFORD MARRIOTT HOTEL,

                      Defendant.

------------------------------------------------------------X

02-CIV-2309 (AVC)

NOTICE OF APPEARANCE
PURSUANT TO LOCAL RULE 5(A)

    PLEASE TAKE NOTICE that pursuant to Local Rule 5(A) the undersigned appears as counsel for the plaintiff in this action.

Dated: March 24, 2004

                                        Brian J. Farrell, Esq. (BF8708)
                                        Attorney for Plaintiff
                                        16 Lost Brook Lane
                                        Wallingford CT 06492
                                        Tel: 917-842-4308
                                        Fax: 914-378-1092
                                        Email: bfarrell@lawfitz.com

To: Clerk of the Court

    Jackson Lewis LLP
    Attorneys for Defendant
    55 Farmington Avenue – Suite 1200
    Hartford CT 06105