UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ERIC VEGA, | : | |
| Plaintiff, | : | |
| | : | 3:02 CV 2309 (AVC) |
| V. | : | |
| | : | |
| H.D. HOTELS, LLC d/b/a STAMFORD | : | |
| MARRIOTT HOTEL, | : | |
| Defendant. | : | APRIL 22, 2004 |
| | : | |

### MOTION FOR EXTENSION OF SCHEDULING ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 7 of this District, H D Hotels, LLC d/b/a Stamford Marriott Hotel ("Defendant") respectfully moves this Court for a 90 day extension of the pretrial deadlines set forth in the Court's Scheduling Order dated August 5, 2003. In support of its Motion for Extension of Scheduling Order, Defendant states as follows:

1.      On August 5, 2003, the Court issued its Scheduling Order setting forth the pretrial deadlines in this case. According to the Scheduling Order, discovery must be completed by May 31, 2004 and dispositive motions are due on or before June 30, 2004.

2.      On May 20, 2003, Defendant filed its Motion to Dismiss in which it moved to dismiss the Complaint in its entirety based on Plaintiff's failure to serve the Complaint within 120 days as required by Rule 4 of the Federal Rules of Civil Procedure.

3.      The Court denied Defendant's Motion to Dismiss on March 4, 2004.

4. In the interests of judicial economy and to avoid incurring unnecessary discovery costs, the parties refrained from commencing discovery while Defendant's Motion to Dismiss was pending before the Court.

5. On April 20, 2004, the parties commenced settlement discussions in an attempt to resolve their dispute. Over the next several days, the parties wish to further explore settlement without incurring additional costs in conducting discovery.

6. This is Defendant's first motion to extend the pretrial deadlines in this case.

7. The undersigned counsel for Defendant contacted counsel for Plaintiff, Mitchell Gitten, who has no objection to the granting of this motion.

8. Consequently, Defendant respectfully requests a 90 day extension of the Court's pretrial deadlines so that discovery will close August 31, 2004 and dispositive motions will be filed on or before September 30, 2004.

DEFENDANT,
H.D. HOTELS, LLC

By: _____
Joseph A. Saccomano (ct 10336)
James F. Shea (ct 16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
saccomaj@jacksonlewis.com
sheaj@jacksonlewis.com

2

## CERTIFICATION OF SERVICE

This is to certify that the foregoing was sent by first class mail, postage prepaid, on this 22nd day of April 2004, to the following:

>Mitchell Gitten
>Brian J. Farrell
>Fitzgerald & Fitzgerald, P.C.
>538 Riverdale Avenue
>Yonkers, New York 10705


James F. Shea

H:\Client Folder\H\H D Hotel, LLC\Vega\Disc\Motion for Ext of Time doc
25230

3