#18

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

ERIC VEGA,
        Plaintiff,

V.

H.D. HOTELS, LLC d/b/a STAMFORD
MARRIOTT HOTEL,
        Defendant.

3:02 CV 2309 (AVC)

APRIL 22, 2004

FILED 2004 APR 23 A 7 39
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR EXTENSION OF SCHEDULING ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 7 of this District, H D Hotels, LLC d/b/a Stamford Marriott Hotel ("Defendant") respectfully moves this Court for a 90-day extension of the pretrial deadlines set forth in the Court's Scheduling Order dated August 5, 2003. In support of its Motion for Extension of Scheduling Order, Defendant states as follows:

1. On August 5, 2003, the Court issued its Scheduling Order setting forth the pretrial deadlines in this case. According to the Scheduling Order, discovery must be completed by May 31, 2004 and dispositive motions are due on or before June 30, 2004.

2. On May 20, 2003, Defendant filed its Motion to Dismiss in which it moved to dismiss the Complaint in its entirety based on Plaintiff's failure to serve the Complaint within 120 days as required by Rule 4 of the Federal Rules of Civil Procedure.

3. The Court denied Defendant's Motion to Dismiss on March 4, 2004.

GRANTED. Alfred V. Covello, U.S.D.J.
April 26, 2004.
SO ORDERED.