UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x

ERIC VEGA,
    Plaintiff,

-against-

Case No. 3:02CV2309 (AVC)

H.D. HOTELS, LLC d/b/a STAMFORD
MARRIOTT HOTEL,
    Defendant.

March 16, 2004

------------------------------------------------------x

### DEFENDANT'S SECOND MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(4), and 12(b)(5), Defendant, H D Hotels, LLC (identified in the Complaint as "H.D. Hotels, LLC d/b/a Stamford Marriott Hotel") (hereinafter "Defendant") respectfully moves this Court for an order dismissing Plaintiff's Complaint on the grounds that Plaintiff failed to properly serve Defendant on or before March 12, 2004 as required by the Court's Order of March 2, 2004.

The Complaint was filed with the Court on December 30, 2002. On May 20, 2003, Defendant filed its Motion to Dismiss requesting that the Court dismiss the Complaint due to Plaintiff's failure to properly serve the Complaint within the 120 day limit imposed by Rule 4(m). Plaintiff attempted to serve the Complaint on Defendant by registered mail outside the 120 day period permitted by Rule 4(m). On March 2, 2004, this Court exercised its discretion under Rule 4(m) and denied Defendant's Motion to Dismiss. The Court also ordered as follows: "The plaintiff shall properly serve the defendant on or before March 12, 2004, and shall file a proper appearance of counsel as mandated by Local Rule 5(a) and 83.1." (Order, J. Covello, March 2, 2004.)

1

---

Handwritten margin note (left side, vertical):
June 2, 2004. Upon examination of the plaintiff's opposition memorandum and the attachments thereto, the court concludes that service was properly accomplished by the court's deadline of March 12, 2004. The motion to dismiss is therefore denied. Counsel for the plaintiff is kindly asked to note that his Connecticut Federal Bar number is ct00167, and not BF8708.
SO ORDERED.

/s/ Alfred V. Covello, U.S.D.J.