UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ERIC VEGA

       Vs.                      CASE NO. 3:02CV02309 (AVC)

H.D. HOTELS LLC d/b/a
STAMFORD MARRIOTT HOTEL

### NOTICE TO COUNSEL

The above-entitled case was reported to the Court on July 12, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on August 11, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut this 13th day of July, 2004.

KEVIN F. ROWE, CLERK

By  /s/ JW
       Jo-Ann Walker
       Deputy Clerk