UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------x
ERIC VEGA,                                    :
      Plaintiff,                          :
-V-                                           :       CASE NO. 3:02 CV 2309 (AVC)
                                              :
H.D. HOTELS, LLC d/b/a STAMFORD               :
MARRIOTT HOTEL,                               :
      Defendant.                         :       JULY 19, 2004
-------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Eric Vega, and the Defendant, H.D. Hotels, LLC d/b/a Stamford Marriott Hotel, through their undersigned counsel who are authorized to execute this stipulation, that the above-captioned action be dismissed as to Defendant H.D. Hotels, LLC d/b/a Stamford Marriott Hotel in its entirety, with prejudice to the Plaintiff, and with no award of attorneys' fees, costs or disbursements to either party.

PLAINTIFF, ERIC VEGA

By: _____
Brian J. Farrell (CT) )00167
Fitzgerald & Fitzgerald, P.C.
16 Long Brook Lane
Wallingford CT 06105
Tel. (914) 842-4308
Fax (914) 378-1092
&

_____
Mitchell Gittin, Esq.
Fitzgerald & Fitzgerald, P.C.
538 Riverdale Ave.
Yonkers NY 10705
914-378-1010 ext 209

DEFENDANT, H.D. HOTELS, LLC d/b/a
STAMFORD MARRIOTT HOTEL

By: _____
Joseph A. Saccomano (ct 10336)
James F. Shea (ct 16750)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax (860) 247-1330

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, on this 21st day of July, 2004, to the following counsel of record:

> Brian J. Farrell
> Fitzgerald & Fitzgerald, P.C.
> 16 Long Brook Lane
> Wallingford, CT 06105
>
> Michael Gitten
> Fitzgerald & Fitzgerald, P.C.
> 538 Riverdale Avenue
> Yonkers, NY 10705

_____
James F. Shea

H:\Client Folder\H\H D Hotel, LLC\Vega\Pld\StipDisWPrej.doc
74832